PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 2-29-16 FOR MAILING

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA CITY DIVISION

JACKSON, JR., ELIJAH A.K.A.
ELIJAH JACKSON, JR., ET AL.
Petitioner/Plaintiff,

v.

LAKELAND HOUSING AUTHORITY
Respondent/Defendant.

#6

Case No.: 8:2000-CV-001401-SDM
8:00-CV-01401-SDM
HOUSING AUTHORITY OF THE CITY OF LAKELAND, FLORIDA, ET AL.,

## MOTION FOR LEAVE TO REOPEN CASE; AND MOTION TO REOPEN CIVIL ACTION

COMES NOW, Petitioner/Plaintiff, Elijah Jackson, Jr., *pro se* and respectfully moves this Honorable Court to reopen his civil lawsuit action or legal proceeding/litigation filed pursuant to Federal Rules of Civil Procedure.

In support thereof the Plaintiff does state:

1. The above entitled case is associated or declared to the United States Court of Federal Claims, No.'s 1:15-CV-01528-CFL and 1:15-CV-1554T pending as of December 15th, 2015. www.uscfc.uscourts.gov.

2. The above entitled case is associated or declared to the United States Tax Court/Docket number 30739-15 pending as of December 7th, 2015 served to the Internal Revenue Service on December 15th, 2015. www.taxcourt.gov.

1

3. There exists a Federal oversight/investigation by the U.S. Department of Justice under file no.'s: 168-17-0; 168-17M-0; DJ-144-17-0; and 282-JK-0 for claims.

4. The Defendants is named in such USDC-MDF Tampa Division cases and have involvement associated with the above cases in paragraphs 1, and 2 above.

5. The Plaintiff reasserts each fact, allegation and argument set forth in his initial civil lawsuit/action or proceeding and seeks to reopen and or supplement his civil lawsuit/action to include the following claim or claims in addition to the claims that have already been raised.

WHEREFORE, the Plaintiff moves this Honorable Court to reopen the civil lawsuit/action as set forth herein and to grant the relief sought.

Respectfully submitted,
/s/ _____
Plaintiff/Petitioner
Elijah Jackson, Jr., Et Al,
*Pro se* litigant DC# 979922
Apalachee Corr. Inst. – West Unit No. 101
52 West Unit Dr. (Loc. 11-135s)
Sneads, Florida 32460-4162
(850) 593-6431, or 6445 (Fax.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Motion for Leave to Reopen Case; and Motion to Reopen Civil Action; and Notice of Change address has been furnished to the Clerk of the Court, Office of the Clerk of the Court, United States District Court for the Middle District - Tampa Division, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Room 218, Tampa, Florida 33602-3800, by U.S. Mail on this ____ day of February, 2016.

/s/ _____
Plaintiff/Petitioner
Elijah Jackson, Jr., Et Al,
*Pro se* litigant DC# 979922
Apalachee Corr. Inst. – West Unit No. 101
52 West Unit Dr. (Loc. I1-135s)
Sneads, Florida 32460-4162
(850) 593-6431, or 6445 (Fax.)

3